# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JESSICO PLOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| NATIONAL ASSET MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT

JESSICO PLOTT (Plaintiff), through her attorneys, alleges the following against NATIONAL ASSET MANAGEMENT, LLC. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, § 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this Court over Count I of this Complaint arises pursuant to § 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Jurisdiction of this Court over Count II of this Complaint arises pursuant to 28 U.S.C. § 1331.

5. Defendant conducts business in the state of Alabama; therefore, personal jurisdiction is established.

6. Venue is proper pursuant to § 28 U.S.C. 1391(b)(2).

## PARTIES

7. Plaintiff is a natural person residing in Alabaster, Shelby County, Alabama.

8. Defendant is a debt collector as that term is defined by § 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Pennsylvania.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt from an individual named "Jusdyna."

12. Defendant places collection calls to Plaintiff's cellular telephone at phone number 904-806-81XX.

13. Defendant places collection calls to Plaintiff from telephone numbers including, but not limited to, 877-459-6659.

14. Defendant places between one (1) and three (3) collection calls to Plaintiff's cellular telephone on a daily basis. *See* screenshot of telephone calls placed by Defendants, attached hereto as Exhibit A-E.

15. Per its prior business practices, each of these collection calls were placed using an automatic telephone dialing system.

16. Plaintiff does not have any business dealings with Defendant, did not at any time provide Defendant with her cellular telephone number, nor did Plaintiff at any time provide consent for Defendant to place calls to her cellular telephone using an automated telephone dialing system.

17. On several occasions, Plaintiff spoke with Defendant and informed them that she

is not "Jusdyna" and requested Defendant to cease placing collection calls to her cellular telephone.

18. Despite Plaintiff's insistence that Defendant is calling the wrong number, Defendant places calls to Plaintiff's cellular telephone multiple times on a daily basis.

19. Defendant places collection calls within seconds of the previous call. *See* screenshot of telephone calls placed by Defendants, attached hereto as Exhibit B.

20. Defendant places collections calls to Plaintiff prior to 8 o'clock antemeridian. *See* screenshot of phone call from Defendant placed at 7:46 a.m., attached hereto as Exhibit E.

21. Defendant has placed calls to Plaintiff at the following approximate dates and times without her consent to do so:

- January 14, 2014: three (3) calls at 9:38 a.m., 1:55 p.m., and 1:55 p.m.,
- January 15, 2014: one (1) call at 11:31 a.m.,
- January 17, 2014: one (1) call at 11:08 a.m.,
- January 20, 2014: one (1) call at 7:46 a.m.,
- January 24, 2014: one (1) call at 2:57 p.m.,
- January 27, 2014: one (1) call at 3:25 p.m.,
- January 28, 2014: one (1) call at 11:59 a.m.,
- February 3, 2014: one (1) call at 10:07 a.m..

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

22. Defendant violated the FDCPA based on, but not limited to, the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

WHEREFORE, Plaintiff, JESSICO PLOTT, respectfully requests judgment be

entered against Defendant, NATIONAL ASSET MANAGEMENT, LLC, for the following:

23. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, § 15 U.S.C. 1692k;

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, § 15 U.S.C. 1692k; and

25. Any other relief that this Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

26. Defendant's actions alleged supra constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

27. Defendant's actions alleged supra constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, JESSICO PLOTT, respectfully requests judgment be entered against Defendant, NATIONAL ASSET MANAGEMENT for the following:

28. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

29. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

30. All court costs, witness fees and other fees incurred; and

31. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ M. Brandon Walker
Brandon M. Walker
WALKER McMULLAN, LLC
Of Counsel Krohn & Moss
242 W. Valley Ave., Suite 312
Birmingham, AL 35209
(205) 417-2541
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ALABAMA      )
                      )   ss:
COUNTY OF SHELBY      )

Plaintiff, JESSICO PLOTT, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JESSICO PLOTT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

3/5/2014
Date

_____
JESSICO PLOTT