# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSICO PLOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: ) 2:14-cv-00504-JEO |
| NATIONAL ASSET MANAGEMENT, INC., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiff has filed a motion to dismiss which this court deems a notice of voluntary dismissal of this action with without prejudice.  (Doc. 9).  Because such notice precedes an answer or a motion for summary judgment, the notice is effective without a court order.  *See* FED. R. CIV. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The clerk is **DIRECTED** to close the file.

**DONE**, this 26th day of November, 2014.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge